Larry Chae (SBN 268979)
  lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
BRITTANY MICHELLE CHAPMAN

Steven D. Park (SBN 215219)
spark@parklawless.com
Vincent Tremonti (SBN 301571)
vtremonti@parklawless.com
Gregory A. Ellis (SBN 204478)
gellis@parklawless.com
**PARK LAWLESS & TREMONTI LLP**
177 E, Colorado Blvd. Suite 200
Pasadena, CA 91105
Telephone: (213) 640-3770
Facsimile: (213) 640-3015

Attorneys for Defendant,
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY MICHELLE CHAPMAN | Case No.  2:25-cv-07336-SB-SK |
| Plaintiff, | |
| vs. | **STATUS REPORT RE SETTLEMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | Removal Date:    Aug. 7, 2025<br>Trial Date:       March 23, 2026 |

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

**TO THE HONORABLE COURT:**

In response to the Court's directives from the March 22, 2026 appearance in this matter, Plaintiff and Defendant jointly provide the following status report re: settlement.

1. As the settlement reached in this matter envisioned the surrender of the vehicle and payment of the settlement funds thereafter, the parties report that, using the best efforts to complete this as expeditiously as possible, the surrender is presently scheduled for April 30, 2026 at 9:00 a.m., at Premier Chrysler Dodge Jeep Ram of Buena Park. FCA has finalized the check for the settlement proceeds, which is ready to be provided to Plaintiff upon surrender.

2. Moreover, the settlement envisioned the parties would further discuss Defendant's payment of Plaintiff's attorney's fees, costs and expenses (recoverable under Civil Code §1794(d)).  The parties are pleased to report that, following good faith discussions, on April 21, 2026, they have reached an agreement on this amount. FCA has processed the payment request for the agreed-to fee amount and anticipates transmitting the fees to Plaintiff's counsel within the next seven days.

3. The only remaining matters on this case will be to monitor the completion of the surrender and receipt of the settlement proceeds.

In light of the foregoing, the Parties respectfully request the Court to continue the Status Conference re: Settlement, presently scheduled for May 1, 2026, by 1 week so as to allow the parties sufficient time to complete the settlement terms and file a joint motion to dismiss.

*(signature on following page)*

STATUS REPORT RE SETTLEMENT

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1888 Century Park East, 19th Floor, Los Angeles, CA 90067

Dated: April 29, 2026.

**STRATEGIC LEGAL PRACTICES**

By: */s/ Larry Chae*

LARRY CHAE
Attorneys for Plaintiff
BRITTANY MICHELLE
CHAPMAN

Dated: April 29, 2026

**PARK LAWLESS & TREMONTI LLP**

By:

*/s/ Vincent Tremonti*

STEVEN D. PARK
VINCENT TREMONTI
GREGORY A. ELLIS
Attorneys for Defendant
FCA US, LLC

## Attestation of Filer (per L.R. 5-4.3.4(a)(2)

Pursuant to Civil Local rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 29, 2026

*/s/ Larry Chae*
Attorney for Plaintiff

Page 3

STATUS REPORT RE SETTLEMENT

4
PROOF OF SERVICE