JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRITTANY MICHELLE CHAPMAN, | Case No. 2:25-cv-07336-SB-SK |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE [DKT. NO. 99] |
| FCA US, LLC et al., | |
| Defendants. | |

The parties' joint motion to dismiss the case with prejudice pursuant to their completed settlement agreement (Dkt. No. 99) is granted, and this case is dismissed with prejudice.  Although the parties filed their joint motion several hours after the deadline, for which they are admonished, the Court vacates the May 8 status conference and closes this case.

Date: May 7, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1